IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSEPH E. CODY, SR.** | : | **CIVIL ACTION** |
| **KELLY ANN R. CODY** | : | |
| | : | |
| v. | : | |
| | : | |
| **SOLICITOR GENERAL OF THE** | : | **NO. 15-4057** |
| **UNITED STATES** | : | |

## ORDER

AND NOW, this 24th day of July, 2015, upon consideration of plaintiff's motion to proceed *in forma pauperis* and his *pro se* complaint, it is ORDERED that:

1. Joseph E. Cody Sr. is GRANTED Leave to proceed *in forma pauperis*.

2. Kelly Ann R. Cody is DISMISSED as a plaintiff in this case and all claims raised on her behalf are DISMISSED without prejudice.

3. The remainder of the Complaint is DISMISSED with prejudice as legally frivolous.

4. The Clerk of Court shall CLOSE this case.

BY THE COURT:

/s/ Legrome D. Davis
**LEGROME D. DAVIS, J.**